1  Krsto Mijanovic (Bar No. 205060)
   Annette F. Mijanovic (Bar No. 264638)
2  HAIGHT BROWN & BONESTEEL LLP
   555 South Flower Street, Forty-Fifth Floor
3  Los Angeles, California 90071
   Telephone:  213.542.8000
4  Facsimile:  213.542.8100

5  Attorneys for Defendant
   BROAN-NUTONE LLC

6

7

8                 UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   SOUTHERN DIVISION

11 FIREMAN'S FUND INSURANCE        )  Case No. SACV12-02084 BRO (ANx)
   COMPANY,                        )     ORDER  ON
12                                 )  **STIPULATION OF PARTIES RE:**
              Plaintiff,           )  **VOLUNTARY DISMISSAL OF**
13                                 )  **ENTIRE ACTION WITH PREJUDICE**
        vs.                        )
14                                 )  Disc. Cutoff:      August 4, 2014
   BROAN-NUTONE, LLC,  a Delaware  )  Motion Cutoff:     August 11, 2014
15 Corporation; and DOES 1-50, inclusive, )  Complaint Filed:   September 12, 2012
                                   )  Trial Date:        January 20, 2015
16            Defendants.          )
                                   )
17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BM07-0000104
11450354.1

1

STIPULATION OF PARTIES RE: VOLUNTARY
DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE

1     IT IS HEREBY STIPULATED by and between plaintiff FIREMAN'S FUND

2 INSURANCE COMPANY and defendant BROAN-NUTONE LLC, by and through their

3 respective counsel of record, that, pursuant to *Federal Rule of Civil Procedure* Rule

4 41(a)(1), plaintiff's entire action against the defendant is dismissed, with prejudice.  Each

5 party is to bear its own costs and attorney fees.

6     IT IS SO STIPULATED.

7

8 December **3**, 2014                HAIGHT BROWN & BONESTEEL LLP

9

10

11                By: _____

12                   Krsto Mijanovic
                  Attorneys for Defendant

13                   BROAN-NUTONE LLC

14

15 December **3**, 2014                COZEN O'CONNOR

16

17                By: _____

18                   Leslie Hulburt
                  Attorneys for Plaintiff

19                   FIREMAN'S FUND INSURANCE
                  COMPANY

20

21                **IT IS SO ORDERED.**

                  December 4, 2014

22                **DATED:** _____

23

24                UNITED STATES DISTRICT JUDGE

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BM07-0000104
11450354.1

2

STIPULATION OF PARTIES RE: VOLUNTARY
DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE